LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BERNADETTE M. CULVER,<br><br>        Defendant | No. CV A 11-9511<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, BERNADETTE M. CULVER, in the principal amount of $1,342.69 plus interest accrued to October 28, 2011, in the sum of $928.35; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$2,271.04**.

DATED: 11/28/2011      By: _Terry Nafiis_
                                           Clerk of the Court

                                               _L. RMD_
                                           Deputy Clerk
                         United States District Court